The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PETER YOACHIM and MICHELLE MADEEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PIZZA HUT, INC., a Texas Corporation,<br><br>Defendant. | NO. 2:17-cv-01675-MJP<br><br>**ORDER GRANTING PIZZA HUT, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: December 6, 2017 |

Defendant, erroneously named herein as "Pizza Hut, Inc.," by and through its undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7(j), moves this Court for an extension of time to respond to Plaintiffs' Complaint.[1]

Plaintiffs filed their Complaint with this Court on November 7, 2017. (ECF No. 1.) Defendant Pizza Hut, Inc. was served with the Complaint and a Summons on November 15, 2017. (ECF Nos. 4, 7.) Defendant's response to the Complaint is currently due on or before December 6, 2017.

---

[1] As of May 20, 2016, Pizza Hut, Inc., a California corporation, no longer exists as it was merged into Pizza Hut, LLC, a Delaware corporation. Plaintiffs intend to file the appropriate pleading with the court to correct the style of the Complaint.

ORDER GRANTING PIZZA HUT, INC.'S UNOPPOSED
MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT
No. 2:17-cv-01675-MJP

1    No prior motions for extension of time have been made in this matter.  Defendant's
2 request for an extension of time to respond to the Complaint is not for the purpose of
3 improperly delaying this proceeding, but rather is intended to give Defendant additional time to
4 retain outside counsel, investigate Plaintiffs' claims, and respond to the Complaint.
5    Defendant has conferred with Plaintiffs regarding this Motion, and Plaintiffs have
6 confirmed that they do not oppose the Motion.
7    THEREFORE, Defendant respectfully requests that the Court grant this unopposed
8 Motion and allow Defendant until January 12, 2018 to respond to Plaintiffs' Complaint.
9    DATED:  December 6, 2017.

**SAVITT BRUCE & WILLEY LLP**

By:     */s/ Duncan E. Manville*
       Duncan E. Manville, WSBA #30304
       1425 Fourth Avenue, Suite 800
       Seattle, Washington 98101-2272
       Tel.: (206) 749-0500
       Fax: (206) 749-0600
       Email: dmanville@sbwllp.com

**BAKER & MCKENZIE LLP**
Colin H. Murray (*pro hac vice* pending)
Teresa H. Michaud (*pro hac vice* pending)
Anne M. Kelts (*pro hac vice* pending)
Two Embarcadero Center, Suite 1100
San Francisco, California 94111
Telephone: (415) 576-3000
Facsimile: (415) 576-3099
Email:  Colin.Murray@bakermckenzie.com
         Teresa.Michaud@bakermckenzie.com
         Anne.Kelts@bakermckenzie.com

| | |
|---|---|
| 1 | **BAKER & MCKENZIE LLP** |
| 2 | Nicholas O. Kennedy (*pro hac vice* pending) |
|   | 2001 Ross Avenue, Suite 2300 |
| 3 | Dallas, Texas 75201 |
|   | Tel.: (214) 978-3000 |
| 4 | Fax: (214) 978-3099 |
|   | Email: Nicholas.Kennedy@bakermckenzie.com |
| 5 | |
|   | Attorneys for Defendant |
| 6 | |

ORDER GRANTING PIZZA HUT, INC.'S UNOPPOSED
MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT
No. 2:17-cv-01675-MJP

**IT IS SO ORDERED.**

Dated this 7th day of December, 2017.

_____
Marsha J. Pechman
United States District Judge

ORDER GRANTING PIZZA HUT, INC.'S UNOPPOSED
MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT
No. 2:17-cv-01675-MJP