|   |   |
|---|---|
| 1 | The Honorable Marsha J. Pechman |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PETER YOACHIM and MICHELLE MADEEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PIZZA HUT, INC., a Texas Corporation,<br><br>Defendant. | NO.   2:17-cv-01675-MJP<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR INITIAL DISCLOSURES** |

Defendant Pizza Hut, LLC ("Pizza Hut"),[1] by and through its undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7(j), moves this Court for an extension of time for the parties to exchange initial disclosures in accordance with Fed. R. Civ. P. 26(a)(1). Pizza Hut makes this request because it needs additional time to prepare its disclosures. Pizza Hut has conferred with Plaintiffs regarding this Motion, and Plaintiffs have confirmed that they do not oppose the Motion.

---

[1] The parties have stipulated to substitute Pizza Hut as Defendant. (Dkt. #21, p. 1.)

ORDER GRANTING UNOPPOSED MOTION TO EXTEND
DEADLINE FOR INITIAL DISCLOSURES - 1

THEREFORE, Pizza Hut respectfully requests that the Court grant this unopposed Motion and give the parties until January 30, 2018 to exchange initial disclosures in accordance with Fed. R. Civ. P. 26(a)(1).

DATED: January 16, 2018.

<b>SAVITT BRUCE & WILLEY LLP</b>

By:    */s/Duncan E. Manville*
Duncan E. Manville, WSBA #30304
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
Tel.: (206) 749-0500
Fax: (206) 749-0600
Email: dmanville@sbwllp.com

**BAKER & MCKENZIE LLP**
Colin H. Murray (*pro hac vice*)
Teresa H. Michaud (*pro hac vice*)
Anne M. Kelts (*pro hac vice*)
Two Embarcadero Center, Suite 1100
San Francisco, California 94111
Telephone: (415) 576-3000
Facsimile: (415) 576-3099
Email: Colin.Murray@bakermckenzie.com
Teresa.Michaud@bakermckenzie.com
Anne.Kelts@bakermckenzie.com

**BAKER & MCKENZIE LLP**
Nicholas O. Kennedy (*pro hac vice*)
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel.: (214) 978-3000
Fax: (214) 978-3099
Email: Nicholas.Kennedy@bakermckenzie.com

Attorneys for Defendant

**IT IS SO ORDERED.**

Dated this 16th day of January, 2018.

_Marsha J. Pechman_
Marsha J. Pechman
United States District Judge