The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PETER YOACHIM and MICHELLE MADEEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PIZZA HUT, INC., a Texas corporation,<br><br>Defendant. | NO.  2:17-cv-01675-MJP<br><br>**STIPULATION AND ORDER TO SUBSTITUTE PARTY DEFENDANT AND CHANGE CASE CAPTION**<br><br>NOTE ON MOTION CALENDAR: December 26, 2017 |

**STIPULATION**

This is a stipulation among Plaintiffs Peter Yoachim and Michelle Madeen ("Plaintiffs"), current Defendant Pizza Hut, Inc., and substitute Defendant Pizza Hut, LLC.

Pizza Hut, LLC represents that it is a Delaware limited liability company into which Pizza Hut, Inc. was merged in 2016; and that Pizza Hut, Inc. no longer exists.

Pursuant to Federal Rule of Civil Procedure 15, Plaintiffs, Pizza Hut, Inc. and Pizza Hut, LLC stipulate and agree that (1) the Complaint in this action (Dkt. 1) shall be deemed amended to change the name of the party defendant to Pizza Hut, LLC; and (2) the caption in this matter shall be changed to remove Pizza Hut, Inc. as a party defendant and to substitute

Pizza Hut, LLC, so that it reads "Peter Yoachim and Michelle Madeen, individually and on behalf of all others similarly situated, Plaintiffs, v. Pizza Hut, LLC, a Delaware limited liability company, Defendant."

DATED: December 26, 2017.

SAVITT BRUCE & WILLEY LLP

By: */s/ Duncan E. Manville*
   Duncan E. Manville, WSBA #30304
   1425 Fourth Avenue, Suite 800
   Seattle, WA 98101-2272
   Tel.: (206) 749-0500
   Fax: (206) 749-0600
   Email: dmanville@sbwllp.com

BAKER & MCKENZIE LLP
Colin H. Murray (*pro hac vice*)
Teresa H. Michaud (*pro hac vice*)
Anne M. Kelts (*pro hac vice*)
Two Embarcadero Center, Suite 1100
San Francisco, CA 94111
Tel.: (415) 576-3000
Fax: (415) 576-3099
Email: Colin.Murray@bakermckenzie.com
       Teresa.Michaud@bakermckenzie.com
       Anne.Kelts@bakermckenzie.com

BAKER & MCKENZIE LLP
Nicholas O. Kennedy (*pro hac vice*)
2001 Ross Avenue, Suite 2300
Dallas, TX 75201
Tel.: (214) 978-3000
Fax: (214) 978-3099
Email: Nicholas.Kennedy@bakermckenzie.com

Attorneys for Defendant Pizza Hut, Inc. /
Pizza Hut, LLC

TOUSLEY BRAIN STEPHENS PLLC

By: */s/ Kim D. Stephens*
   Kim D. Stephens, WSBA #11984
   1700 Seventh Avenue, Suite 2200
   Seattle, WA 98101
   Tel. (206) 682-5600
   Fax: (206) 682-2992
   Email: kstephens@tousley.com

FEDERMAN & SHERWOOD
William B. Sherwood (*pro hac vice* pending)
2926 Maple Avenue, Suite 200
Dallas, TX 75201
Tel.: (214) 696-1100
Fax: (214) 740-0112
Email: wbf@federmanlaw.com

   and

10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Tel.: (405) 235-1560
Fax: (405) 239-2112

Attorneys for Plaintiffs

STIPULATION AND ORDER TO SUBSTITUTE PARTY
DEFENDANT AND CHANGE CASE CAPTION - 2

**IT IS SO ORDERED.**

Dated this 18th day of January, 2018.

                                                /s/ Marsha J. Pechman
                                                Marsha J. Pechman
                                                United States District Judge