UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PETER YOACHIM and MICHELLE MADEEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PIZZA HUT, LLC, a Delaware limited liability company,<br><br>Defendant. | NO. 2:17-cv-01675-MJP<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL** |

## STIPULATION

It is hereby stipulated and agreed by and between the parties, Plaintiffs Peter Yoachim and Michelle Madeen ("Plaintiffs") and Defendant Pizza Hut, LLC ("Defendant"), that this action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own costs and fees.

DATED: January 30, 2018.

| | |
|---|---|
| SAVITT BRUCE & WILLEY LLP | TOUSLEY BRAIN STEPHENS PLLC |
| By: */s/ Duncan E. Manville* | By: */s/ Kim D. Stephens* |
| Duncan E. Manville, WSBA #30304<br>Sarah Gohmann Bigelow, WSBA #43634<br>1425 Fourth Avenue, Suite 800<br>Seattle, WA 98101-2272<br>Telephone: 206.749.0500<br>Facsimile: 206.749.0600<br>dmanville@sbwllp.com<br>sgohmannbigelow@sbwllp.com | Kim D. Stephens, WSBA #11984<br>1700 Seventh Avenue, Suite 2200<br>Seattle, WA 98101<br>Telephone: 206.682.5600<br>Facsimile: 206.682.2992<br>kstephens@tousley.com |
| Teresa H. Michaud (*pro hac vice*)<br>Anne M. Kelts (*pro hac vice*)<br>BAKER & MCKENZIE LLP<br>Two Embarcadero Center, Suite 1100<br>San Francisco, CA 94111<br>Telephone: 415.576.3000<br>Facsimile: 415.576.3099<br>Teresa.Michaud@bakermckenzie.com<br>Anne.Kelts@bakermckenzie.com | William B. Sherwood (*pro hac vice*)<br>FEDERMAN & SHERWOOD<br>2926 Maple Ave., Ste. 200<br>Dallas, TX 75201<br>Telephone: (214) 696-1100<br>Facsimile: (214) 740-0112<br>and<br>10205 N. Pennsylvania Ave.<br>Oklahoma City, OK 73120<br>Telephone: 405.235.1560<br>Facsimile: 405.239.2112<br>wbf@federmanlaw.com |

ATTORNEYS FOR PLAINTIFFS

Nicholas O. Kennedy (*pro hac vice*)
BAKER & MCKENZIE LLP
2001 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone: 214.978.3000
Facsimile: 214.978.3099
Nicholas.Kennedy@bakermckenzie.com

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE
No. 2:17-cv-01675-MJP

**IT IS SO ORDERED.**

Dated this 31st day of January, 2018.

                                           Marsha J. Pechman
                                           United States District Judge

CERTIFICATE OF SERVICE
No. 2:17-cv-01675-MJP